IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | CASE NO. BK05-80059 |
| ACCEPTANCE INSURANCE COMPANIES INC., | Chapter 11 |
| Debtor. | |

## STATUS REPORT REGARDING APPLICATION FOR ORDER DIRECTING RULE 2004 EXAM

Acceptance Insurance Companies Inc. submits the following Status Report regarding the Application in Support of Request for the Entry of an Order Directing the Debtor to Appear for an Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004, and to Produce Documents in Connection Therewith (the "Application") filed by Granite Reinsurance Company, Ltd. ("Granite Re").

### BACKGROUND

1. On June 27, 2005, Granite Re filed its Application seeking an Exam of Acceptance pursuant to Rule 2004.

2. On July 15, 2005, Acceptance filed a Limited Resistance to the Application. On July 18, 2005, the Committee of Unsecured Creditors also filed a Limited Resistance to the Application.

3. On August 11, 2005, the Court held a hearing on the Application and Limited Resistances, and directed the parties to meet and confer in an attempt to resolve the issues related thereto.

4. On August 11, 2005, the Court entered a Docket Order (Docket No. 124) regarding the Application, which provided in part:

Counsel shall . . . meet and confer . . . in an attempt to resolve remaining issues. Counsel for any party may request a hearing anytime. If no hearing is requested by September 2, 2005, the Court shall assume the issues are resolved and enter an order granting the motion.

5. Acceptance advises the Court counsel for the parties have been engaged in productive discussions and have resolved almost all issues regarding the scope of the exam sought through the Application. The discussions continue, and counsel believes substantially all, if not all, of those issues will be resolved without Court intervention within seven to ten days.

6. Acceptance, with the consent of Granite Re, therefore requests the Court defer entry of any order herein on the Application for an additional 10 days, or until September 13, 2005, subject to any party requesting a further hearing on the Application by said date.

Dated: September 2, 2005

ACCEPTANCE INSURANCE COMPANIES INC.

By /s John J. Jolley, Jr.
    Jeffrey T. Wegner
    Patrick B. Griffin
    John J. Jolley, Jr.
    Kutak Rock LLP
    1650 Farnam Street
    Omaha, NE 68102
    Telephone: (402) 346-6000
    Facsimile: (402) 346-1148

Its Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that on September 2, 2005, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following: United States Trustee, Robert Bothe, Joseph C. Byam, K.C. Cohen, Robert F. Craig, Angela D. Dodd, Michael J. Matukewicz, Jenna B. Taub and Julie A. Wood and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants listed on the service matrix attached hereto as Exhibit A.

      s/ John J. Jolley, Jr.

# EXHIBIT A

## SERVICE MATRIX

| | |
|---|---|
| Internal Revenue Service<br>Attn: SPF, Stop 5301-OMA<br>1313 Farnam Street<br>Omaha, NE 68102 | Nebraska Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 94818<br>Lincoln, NE 68509-4818 |
| Nebraska Department of Insurance<br>Attn: Director<br>941 O Street, Suite 400<br>Lincoln, NE 68508-3639 | Evan Hollander, Esq.<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 |