IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ACCEPTANCE INSURANCE COMPANIES INC.,<br><br>Debtor. | Case No. 05-80059<br><br>Chapter 11 |

## NOTICE OF CROSS-APPEAL

Acceptance Insurance Companies Inc., the Debtor/Plaintiff, appeals under 28 U.S.C. § 158(b) from the orders of the bankruptcy judge of the United States Bankruptcy Court for the District of Nebraska entered in this adversary proceeding on the 15th day of February, 2007 (Filing Nos. 86-87 in Case No. A06-8015) and the 9th day of May 2007 (Filing No. 258). The matters in adversary proceedings A06-8015 and A06-8115 were consolidated with the objection to claim proceeding in BK05-80059.

The names of all parties to the judgment, order, or decree appealed form and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Acceptance Insurance Companies Inc.** | **Acceptance Insurance Company** | **Granite Reinsurance Company, Ltd.** |
|---|---|---|
| John J. Jolley, Jr. | John J. Jolley, Jr. | Robert F. Craig |
| Patrick Griffin | Patrick Griffin | Jenna Taub |
| Thomas Kenny | Thomas Kenny | Robert F. Craig, PC |
| Kutak Rock LLP | Kutak Rock LLP | 1321 Jones Street |
| The Omaha Building | The Omaha Building | Omaha, NE 68102 |
| 1650 Farnam Street | 1650 Farnam Street | (402) 408-6000 |
| Omaha, NE 68102 | Omaha, NE 68102 | |
| (402) 346-6000 | (402) 346-6000 | |

Dated this 29th day of May, 2007

                          ACCEPTANCE INSURANCE
                          COMPANIES INC., Debtor/Plaintiff

By: /s/ *John J. Jolley, Jr.*
    Patrick B. Griffin #18072
    Thomas J. Kenny #20022
    John J. Jolley, Jr. #20726
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE 68102
    (402) 346-6000

## CERTIFICATE OF SERVICE

    I hereby certify that on May 29, 2007, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following: United States Trustee, Robert Bothe, Robert F. Craig, Frank Schepers and Jenna B. Taub.

                          /s/ John J. Jolley, Jr.
                          John J. Jolley, Jr.