IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | CASE NO. BK05-80059 |
| ACCEPTANCE INSURANCE COMPANIES INC., | (Chapter 11) |
| Debtor. | **NOTICE OF OBJECTION/RESISTANCE DEADLINE** |

**PLEASE TAKE NOTICE** that on August 12, 2010, Kutak Rock LLP ("Kutak Rock"), as counsel to Acceptance Insurance Companies Inc. (the "Debtor") filed its Fourteenth Interim Application for Allowance of Compensation and Reimbursement of Expense for Attorneys for Acceptance Insurance Companies Inc. for the period February 1, 2010 through July 31, 2010 (the "Application") in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that, for the period February 1, 2010 through July 31, 2010, Kutak Rock seeks allowance of compensation in the amount of $23,932.00 and reimbursement of actual and necessary expenses in the amount of $580.78, for a total of $24,512.78.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be made in writing, filed with the United States Bankruptcy Court for the District of Nebraska, Roman L. Hruska Courthouse, 111 South 18th Plaza, Suite 1125, Omaha, Nebraska 68102, and served upon and received by: (i) counsel for the Debtor, Patrick B. Griffin, Kutak Rock LLP, 1650 Farnam Street, Omaha, NE 68102; (ii) counsel for the Official Committee of Unsecured Creditors, Robert J. Bothe, Esq., McGrath North Millin & Kratz, P.C., Suite 3700, First National Tower, Omaha, NE 68102; and (iii) the United State Trustee, Jerry L. Jensen, Attorney-Advisor, 111 South 18th Plaza, Suite 1148, Omaha NE 68102; on or before **September 1, 2010.**

4816-0440-7815.1

**PLEASE TAKE FURTHER NOTICE** that in the event timely objections to the Application are filed, a hearing will be scheduled at the convenience of the Court.

**PLEASE TAKE FURTHER NOTICE** that, in the absence of timely filed objections, the Court may enter an Order approving the Application without further notice or a hearing.

**PLEASE TAKE FURTHER NOTICE** that the Application, together with the attached exhibits, are available for inspection at the United States Bankruptcy Court for the District of Nebraska during normal business hours. Copies of the Application can also be obtained upon submission of a written request to the Debtor's counsel at the address listed above, and payment of the reasonable copying and postage costs associated with the forwarding of same.

Dated this 12th day of August, 2010.

ACCEPTANCE INSURANCE COMPANIES INC.

By /s/ *Patrick B. Griffin*
    Jeffrey T. Wegner
    Patrick B. Griffin
    Kutak Rock LLP
    1650 Farnam Street
    Omaha, NE 68102
    Telephone: (402) 346-6000
    Facsimile: (402) 346-1148

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2010, I filed the foregoing with the Clerk of the Bankruptcy Court which sent notification of such filing to the following: United States Trustee, Robert Bothe, Joseph C. Byam, Robert F. Craig, Angela D. Dodd, Michael Matukewicz, Scott Richman, Frank Schepers and Jenna Taub and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants listed below.

| | |
|---|---|
| Internal Revenue Service<br>Attn: SPF, Stop 5301-OMA<br>1313 Farnam Street<br>Omaha, NE 68102 | Nebraska Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 94818<br>Lincoln, NE 68509-4818 |
| Nebraska Department of Insurance<br>Attn: Director<br>941 O Street, Suite 400<br>Lincoln, NE 68508-3639 | Evan Hollander, Esq.<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 |

/s/ Patrick B. Griffin